RESOLUTION AND MEMORIAL
FOR
BYNUM ("BUFI") GRIFFIN RUDISILL

August 8, 1953 – July 2, 2022


**FILED**
CHARLOTTE, NC

**FEB 23 2022**

US DISTRICT COURT
WESTERN DISTRICT OF NC

May it please the court:

It is my honor and privilege to present to the court this Resolution and Memorial on behalf of the Mecklenburg County Bar in honor of the life and service of my friend and colleague, Bynum ("Bufi") Griffin Rudisill.

Bufi was born on August 8, 1953, in Monroe, North Carolina. She graduated from Monroe High School at the top of her graduating class in 1971. Bufi graduated from Duke University in 1975 and then attended the University of South Carolina School of Law from which she graduated in 1978. Bufi met her future husband, John Rudisill, who is also a member of this Bar, while both were studying for the North Carolina bar exam. Bufi took and passed both the North Carolina and South Carolina bar exams in the same week in 1978.

Bufi was a member of the 26th judicial district bar, a member of the Mecklenburg County Bar and a member of the North Carolina State Bar. She was admitted to practice in all state courts of North Carolina and all federal district courts of North Carolina.

While Bufi was growing up in Monroe, her dad owned a car dealership, Griffin Motor Company, and Bufi drove a new corvette every year until she married John, when she lost that privilege.

Bufi was hired as Associate District Counsel for the North Carolina District Office of the United States Small Business Administration (SBA) in 1979. She became District Counsel for the North Carolina District Office in 1986. She was with SBA for almost 38 years and attained the highest grade level in federal civil service, GS 15. Bufi was the epitome of a dedicated public servant. She always went the extra mile and the good that she did for the people of North Carolina is immeasurable. That was true because Bufi's role in helping to provide much needed financing to small businesses, minority owned businesses, businesses and residents that suffered disaster damage in North Carolina all fell within the scope of her work.

I worked with Bufi at SBA from 1996 to 2005. During that time, for a period of one year, Bufi accepted an appointment as acting District Director for the North Carolina District Office.

Bufi was not only the district counsel in the North Carolina District Office but, as the agency changed, she served as lead regulatory policy attorney for the 504 loan program and lead closing counsel and trainer for the nation. The work she did in Washington led to her being one of the most beloved and respected attorneys in SBA nationwide.

Bufi was one of the most passionate people I have ever known, that was true for her work and for her other interests, including Duke basketball, travel, storytelling, and her family. Bufi and John attended Duke home games whenever possible.

Bufi was a consummate traveler, intrepid and unflappable. Without a doubt, Portugal was her favorite destination and she visited it over a dozen times. Bufi was not only invested in her own travel but all you had to do was tell her you were thinking about a trip, and she was on it. Researching everything from the best way to get there to the best places to stay and what you absolutely had to see while you were there.

Bufi studied storytelling and she was a master at the craft. Whether the story was about a childhood experience, for example when her father brought home a monkey on a trade in on a car and the monkey threw things at her and her sisters. Or one of her exploits while traveling, like driving down a one-way street the wrong way in a village in Portugal, you would be in tears, laughing because Bufi was a wonderful storyteller.

Bufi's family members include her husband, John, and their daughter, Elizabeth. Bufi and John were married in Monroe, North Carolina on March 15, 1980, a marriage that lasted over 42 years. Elizabeth was born in 1986. Bufi adored her family. When the State Department of the United States hired Elizabeth and she began her own international adventures, Bufi and John traveled to places even they had never considered, including South Korea, China, Mexico, and Cuba. One of Bufi's biggest disappointments was not making it to Australia because of COVID while Elizabeth was stationed there. Instead, Elizabeth brought Australia to Bufi and John in the form of their new son-in-law, Nathan Michail, an Australian. It took months to complete the paperwork necessary for Nathan to join Elizabeth in Washington. They were married in Arlington Virginia and Bufi and John hosted a wedding celebration at the Tavard Inn in Washington, DC, on February 26, 2022. Almost immediately, Elizabeth and Nathan were off to Abidjan, Ivory Coast, West Africa, for Elizabeth's next assignment.

Bufi was one of the kindest, most considerate, and funniest people you would ever have the pleasure of knowing.

Comments posted about Bufi following her death included kind, funny, wonderful wit, smart, always had a smile for everyone, always made everyone feel welcome...a friend.

Bufi was special. She was special to me and to so many others. Her passing was sudden and unexpected and while it would never have been easy to lose her, that has made it all the harder. I, like her other friends and family, will miss her always.

Your Honor, with love and deepest respect for Bynum ("Bufi") Griffin Rudisill and on behalf of the Mecklenburg County Bar of which she was a member, I move that:

1. When court adjourns this day, it will do so in memory of and out of respect for Bynum ("Bufi") Griffin Rudisill;

2. File and inscribe this Resolution and Memorial in the minutes of this Court, with a copy to be kept in the Memorials of Deceased Attorneys with the Office of the Clerk of Superior Court of Mecklenburg County; and

3. Provide filed copies of this Resolution to the Rudisill family.

Respectfully submitted, this 23rd day of February 2023.

Ann V. Dornblazer
Presenter
N.C. State Bar No. 16277

Cary B. Davis
MCB President-Elect
N.C. State Bar No. 36172

Alexis Sylvester
MCB Memorials Committee
N.C. State Bar No. 54422

Hon. David S. Cayer
United States Magistrate Judge
Western District of North Carolina

Hon. Louis A. Trosch, Jr.
North Carolina Superior Court Judge